


# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE
### PROBATION OFFICE / PRETRIAL SERVICES AGENCY

**JOHN R. MCDONOUGH**
Chief U.S. Probation Officer

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

**CENTRAL OFFICE LOCATION:**

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

**BRANCH OFFICE LOCATION:**

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

**November 16, 2007**

FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:     **Keith Kincaid**
        **Criminal Docketing Clerk**

FROM:   **Kathie Kamen**

RE:     **U.S.A. v. Rodney L. Conyer**
        **Our Docket No.: 0311/1:99CR00055-001**
        **New Dkt. No.:Unknown**
        **Transfer of Jurisdiction to the District of Maryland**

---

Attached please find the signed Probation Form 22 and a copy of the letter from U.S. Probation District of Maryland, accepting jurisdiction of the above-named case. Please forward the case material to the Clerk's Office in the Baltimore, Maryland.

The case file materials have been sent to the U. S. Probation Office, Maryland, and we are closing our interest in the case.

Thank you for your assistance in this matter.