UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
**PROBATION & PRETRIAL SERVICES OFFICE**

WILLIAM F. HENRY
CHIEF

2007 NOV -9  PM 3: 26

| PROBATION OFFICES | PRETRIAL OFFICES |
|---|---|
| 250 W. PRATT STREET<br>SUITE 400<br>BALTIMORE, MD 21201<br>410-962-4740 | 101 W. LOMBARD STREET<br>SUITE 1625<br>BALTIMORE, MD 21201<br>410-962-4820 |
| 9200 EDMONSTON ROAD<br>SUITE 200<br>GREENBELT, MD 20770<br>301-344-0510 | 6500 CHERRYWOOD LANE<br>SUITE 180<br>GREENBELT, MD 20770<br>301-344-0375 |

November 2, 2007

Mr. John R. McDonough
Chief U.S. Probation Officer
J. Caleb Boggs Federal Building
Lockbox #39
844 King Street
Wilmington, DE 19801-3588



FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE:  CONYER, Rodney L.
     Docket No.: 0311/1:99CR00055-001 (MMS)
     **TRANSFER OF JURISDICTION**

Dear Mr. McDonough:

Enclosed please find the properly executed Probation Form 22, Transfer of Jurisdiction, signed by The Honorable Catherine C. Blake, U.S. District Judge, accepting jurisdiction of the above case.

Please forward the signed form to your Clerk of Court and instruct them to forward all file materials to the District of Maryland Clerk of Court, 101 West Lombard Street, Baltimore, MD 21201.

Thank you in advance for your cooperation.

Sincerely,

Rebecca M. Sanders
Senior U.S. Probation Clerk

Enclosures as noted

*REPLY TO:*
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201
Tel: (410) 962-4680   Fax: (410) 962-3304