| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0311/1:99CR00055-001 (SLR) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** **REDACTED** | |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Rodney L. Conyer, Jr. Baltimore, MD | DISTRICT Delaware | DIVISION Wilmington |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Murray M. Schwartz | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/24/07 — TO 8/23/2010 |

OFFENSE

Bank Robbery (four counts)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of Maryland upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/19/07                                                   /s/ [signature]
Date                                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/23/07                                                   /s/ C. Blake
Effective Date                                              United States District Judge

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

OCT 22 2007

I hereby attest and certify 10-24-07
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY [signature]