OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JAN 14 PM 3:15

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

January 9, 2008

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

JAN 11 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Clerk of Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

RE: UNITED STATES v. Rodney Conyer
<u>Transfer of Jurisdiction</u>
<u>DIST. OF DELAWARE CASE NO.</u> CR 99-55-SLR

Dear Clerk:

   Pursuant to the Transfer of Jurisdiction Order (certified copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Judgment and 2.) Docket Sheets.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

   Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
Deputy Clerk

/kjk
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on ___1/11/08___.
(date)

_____
Signature and Title